■ The People of the State of New York, Respondent, v Dwayne Moody, Appellant. [30 NYS3d 919]—Appeals by the defendant from (1) an order of the County Court, Dutchess County (Greller, J.) dated December 19, 2014, denying his motion to dismiss the indictment pursuant to CPL 30.30, and (2) a judgment of the same court rendered April 29, 2015, convicting him of criminal sexual act in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal from the order is dismissed; and it is further,

Ordered that the judgment is affirmed.

The appeal from the order must be dismissed, as no appeal lies, as of right or by permission, from an order denying a motion to dismiss the indictment pursuant to CPL 30.30 (see CPL 460.10, 460.15). Notwithstanding that the issues raised on the

appeal from the order are brought up for review on the appeal from the judgment, by pleading guilty, the defendant forfeited his right to review of his claim that he was deprived of a speedy trial under CPL 30.30 (*see People v O'Brien*, 56 NY2d 1009, 1010 [1982]). Chambers, J.P., Dickerson, Hinds-Radix and Connolly, JJ., concur.